IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER WOLFE and STEVE NICHOLAS,**  **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.   No. 4:20-cv-156-LPR

**AFFORDABLE ROOTER SERVICE,**  **DEFENDANTS**
**LLC, and BRENT BOGAN**

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' LIABILITY CLAIMS WITH PREJUDICE

COME NOW Plaintiffs Tyler Wolfe, Steve Nicholas, and Dylan Case, and Defendants Affordable Rooter Service, LLC, and Brent Bogan, by and through their undersigned counsel, and for their Joint Stipulation of Dismissal of Plaintiffs' Liability Claims with Prejudice, hereby state as follows:

1. Plaintiffs Tyler Wolfe and Steve Nicholas brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

2. Dylan Case submitted a Consent to Join on June 26, 2020, becoming a party-plaintiff in this lawsuit.

3. After arms-length negotiations in which Plaintiffs and Defendants were both represented by counsel, Plaintiffs and Defendants reached an agreement that resolves Plaintiffs' claims for unpaid wages, leaving open the issue of reasonable attorneys' fees and court costs; Plaintiffs and Defendants believe their liability agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

Page 1 of 3
Tyler Wolfe, et al. v. Affordable Rooter Service, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-156-LPR
Joint Stipulation of Dismissal of Plaintiffs' Liability Claims with Prejudice

4. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows claims to be dismissed by stipulation if signed by all parties who have appeared.

5. While the Court has certified a collective, the parties' agreement does not purport to resolve any claims on behalf of any class, and all Plaintiffs have signed the settlement agreement.

6. The Parties hereby stipulate to the dismissal with prejudice of Plaintiffs' unpaid wage claims only, including Plaintiffs' claim for liquidated damages.

7. The Parties agree that Plaintiffs' Counsel is entitled to a reasonable attorney's fee and costs, to be determined by this Court or by agreement following the filing of this Stipulation.

8. If the Parties do not reach an agreement as to costs and a reasonable fee, Plaintiffs will submit a petition for an award of attorneys' fees and costs within 14 days of the filing of this Joint Stipulation.

Respectfully submitted,

**TYLER WOLFE, STEVE NICHOLAS, and DYLAN CASE, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Lydia H. Hamlet
Ark. Bar No. 2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
Tyler Wolfe, et al. v. Affordable Rooter Service, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-156-LPR
Joint Stipulation of Dismissal of Plaintiffs' Liability Claims with Prejudice

         **and**    **AFFORDABLE ROOTER SERVICE, LLC, and BRENT BOGAN, DEFENDANTS**

BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, Arkansas 72201
Tel: (501) 372-6175

James D. Robertson
Ark. Bar No. 95181
jrobertson@barberlawfirm.com

*/s/ Jerry D. Garner*
Jerry D. Garner
Ark. Bar No. 2014134
jgarner@barberlawfirm.com

**Page 3 of 3**
**Tyler Wolfe, et al. v. Affordable Rooter Service, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 4:20-cv-156-LPR**
**Joint Stipulation of Dismissal of Plaintiffs' Liability Claims with Prejudice**