IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER WOLFE and STEVE NICHOLAS,**  **PLAINTIFFS**
**Each Individually and on Behalf of All**
**Others Similarly Situated**

vs.                    No. 4:20-cv-156-LPR

**AFFORDABLE ROOTER SERVICE,**  **DEFENDANTS**
**LLC, and BRENT BOGAN**

### MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
### PLAINTIFFS' MOTION FOR COSTS AND ATTORNEYS' FEES

COMES NOW Plaintiffs Tyler Wolfe and Steve Nicholas, each individually and on behalf of all others similarly situated, by and through their attorneys Lydia H. Hamlet and Josh Sanford of the Sanford Law Firm, PLLC, and for their Motion for Leave to File Reply in Support of Plaintiff's Motion for Costs and Attorneys' Fees, state and allege as follows:

1. Plaintiffs ask for leave to file a Reply in Support of their Motion for Costs and Attorneys' Fees, ECF No. 33, for a sufficient and lawful reason.

2. The proposed Reply addresses Defendants' Response in Opposition to Motion for Costs and Attorneys' Fees, ECF No. 35.

3. A copy of Plaintiffs' proposed Reply in Support of their Motion for Costs and Attorneys' Fees is attached hereto as Exhibit 1.

4. Plaintiffs are not requesting any additional fees for the time spent preparing this Motion or the proposed Reply.

Page 1 of 2
Tyler Wolfe, et al. v. Affordable Rooter Service, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-156-LPR
Motion for Leave to File
Reply in Support of Motion for Costs and Attorneys' Fees

WHEREFORE, premises considered, Plaintiffs respectfully request an Order of this Court granting leave to file Plaintiffs' Reply in Support of their Motion for Costs and Attorneys' Fees, and for such other and further relief as this Court may deem necessary, just and proper.

Respectfully submitted,

**TYLER WOLFE and STEVE NICHOLAS, Each Individually and on behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Lydia H. Hamlet
Ark. Bar No. 2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Tyler Wolfe, et al. v. Affordable Rooter Service, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-156-LPR
Motion for Leave to File
Reply in Support of Motion for Costs and Attorneys' Fees